New York Liquidation Bureau
Liquidation Number: 18965224

Customer Copy

Tel: 212-341-6400
Fax: 212-964-7963
Email: inquiry@nylb.org

**New York Liquidation Bureau**
110 William Street
New York, NY 10038-3901



**Buyer:**

| | |
|---|---|
| Name | Christopher Brown |
| Address | 904 Rayner Street |
| | Memphis, TN 38114 |
| Phone | |

*Special Sale - 18965224*

Entire Contents of 4Music Studios
12/15/2014

## Contents Addendum: #8074967973

### Terms of Sale
NO REFUNDS NO RETURNS
BUYER ASSUMES ALL RESPONSIBILITY
NO WARRANTY AVAILABLE OR IMPLIED
SOLD AS IS
ALL SHIPPING & FREIGHT RESPONSIBILITY OF BUYER

### Summary of Purchase

| | |
|---|---|
| Liquidated Assets | $2,150,000.00 |
| Subtotal | $2,150,000.00 |
| Sales Tax | NA |
| Total | $2,150,000.00 |
| Payment | |
| Wire | $2,150,000.00 |
| Balance | $0.00 |

### Purchaser Acknowledgement:

I, the undersigned buyer, acknowledge receipt of this Bill of Sale and understand there is no guarantee or warranty, expressed or implied, with respect to the above-described property. It is also understood that the above-stated items are sold in "as is" condition.

Signed By Purchaser: *[signature]* Date: 12-15-14

NYC. P.U.C. T-190792

**EXHIBIT A**

# Contents Addendum: #8074967973



### Section 1 - Catalogued

| Item # | Qty | Description |
|---|---|---|
| 1 | 1 | Neve 8068 console |
| 2 | 1 | Peluso Microphone Lab P-67 |
| 3 | 1 | Wunder Audio CM7 |
| 4 | 1 | Neve BCM10/2 Mk2 - 16 Channel |
| 5 | 1 | Tree Audio Roots Jr. |
| 6 | 2 | AEA A440 Ribbon Microphone |
| 7 | 2 | AEA R44C |
| 8 | 1 | Royer Labs R-121 - Matched Pair |
| 9 | 1 | Royer Labs R-121 Platinum Plated - Pair |
| 10 | 1 | Royer Labs R-122V Tube Version - Pair |
| 11 | 1 | Shure KSM353/ED |
| 12 | 1 | Dangerous Music Liaison |
| 13 | 1 | Radial Engineering SW8 |
| 14 | 1 | Wunder PEQ2 Vintage King Audio Pair |
| 15 | 2 | Tube-Tech MP1A #11269 |
| 16 | 2 | Daking 91579 Compressor |
| 17 | 1 | Lavry AD122-96 MX |
| 18 | 1 | Chandler Limited GAV19T |
| 19 | 1 | Kemper Profiler PowerRack |
| 20 | 1 | Wizard 4x12 Cabinet |
| 21 | 1 | Magnatone Single V - Brown |
| 22 | 1 | Elysia Alpha Compressor |
| 23 | 1 | Manley SLAM! - Mastering Version |
| 24 | 1 | AKG C 12 VR |
| 25 | 1 | Shadow Hills Ind Mastering Comp |
| 26 | 1 | Thermionic culture Fat Bustard |
| 27 | 1 | DW Fearn VT24 |
| 28 | 1 | Grace Designs MT 801 |
| 29 | 2 | Mercury M76 MK2 |
| 30 | 2 | Manley Massive Passive mast eq |
| 31 | 2 | Tube Tech EQ1am |
| 32 | 10 | 10 Mpeq1 |
| 33 | 50 | Shure SM57b |
| 34 | 4 | SHURE Sm7B |
| 35 | 1 | PMC BB5 XBD pair |
| 36 | 1 | PMC Stands Pair |
| 37 | 10 | Empirical labs distressors |
| 38 | 1 | PMC Loudspeakers MB2S-P |
| 39 | 1 | Manley 16 x 2 x 4 AUX Line Mixer |
| 40 | 1 | Pro Tools ILOK with + license |
| 41 | 1 | Studio A Mac Tower 16 core Computer ] |
| 42 | 1 | AD/DA Prism Converters 48 channels |
| 43 | 3 | HD CARDs |
| 44 | 1 | Diezel H4 |
| 45 | 1 | Dumble ODS |
| 46 | 1 | Dumble OTS |
| 47 | 1 | Bogner Uber |
| 48 | 1 | Deizel 4x12 Cabinet |
| 49 | 1 | 1972 Ampeg SVT Bass head |
| 50 | 1 | Ampeg 8x10 |
| 51 | 1 | 2 Prs Custom 22 guitars |
| 52 | 6 | Sennheiser Orpheus H/phones |
| 53 | 1 | Pedals, stands, Sticks, drum dialers etc. |
| 54 | 2 | Diezel 4x12 Cabinets |
| 55 | 1 | Bogner Ecstacy |
| 56 | 12 | Empirical labs distressors |
| 57 | 1 | Vintage Naylor Super Drive |
| 58 | 2 | ADL 670 Stereo Tube Limiter |
| 59 | 2 | 2 Teletronix LA2A |
| 60 | 2 | Prs Custom 22 guitars |
| 61 | 1 | 1985 Gibson Les Paul Cream off white |
| 62 | 3 | Earnie Ball Sting ray |
| 63 | 2 | Taylor Acoustics |
| 64 | 1 | Q drums set 4 piece |
| 65 | 1 | Cymbals 10 |
| 66 | 1 | PMC Loudspeakers MB2S-P |
| 67 | 1 | Manley 16 x 2 x 4 AUX Line Mixer |
| 68 | 1 | Bryston 14B SST2 Pro Power Amp |
| 69 | 2 | DW Fearn VT3 DCh VacTube DI |
| 70 | 1 | Pittsburgh Modular Foundation 3.1 |
| 71 | 1 | Argosy ConsSpire 9143 - 3 Bay Rack |
| 72 | 3 | Pendulum Quartet |
| 73 | 2 | Retro Instruments Powerstrip |
| 74 | 2 | Rupert Neve PorticoII Chan Strip |
| 75 | 2 | Neve 8801 Channel Strip |
| 76 | 2 | Tube-Tech SMC 2BM |
| 77 | 1 | AntelopeIsochrone 10MX Atm MClck |
| 78 | 1 | SJC drum set |
| 79 | 1 | Snare drums |
| 80 | 1 | Assorted Cymbals 30 |
| 81 | 6 | Red Heavy Duty industrial stands |
| 82 | 1 | Bricasti Sytsem 4 |
| 83 | 1 | Eventide H7600 |
| 84 | 1 | Lexicon PCM96 |
| 85 | 1 | Quantec Yardstick 2498 |
| 86 | 1 | Cedar DNS 8 Live |
| 87 | 1 | Looptrotter Audio SATUR-8 |
| 88 | 1 | Hear Tech HearBack PRO 4 Pk |
| 89 | 1 | Tannoy Westminster Royal GR - Pr |
| 90 | 2 | Telefunken ELA-M 251 |
| 91 | 1 | Brauner VM1S Stereo Tube M/phone |
| 92 | 1 | Telefunken Elektroakustik U48 |
| 93 | 2 | 2 Pearl Microphone Labs CO22 |
| 94 | 1 | Blue Microphones Bottle |
| 95 | 1 | Prs Starla |
| 96 | 1 | Jumbo larivee |
| 97 | 1 | Jumbo Larivee single cut |
| 98 | 1 | White p bass |
| 99 | 1 | Red Jazz bass |
| 100 | 1 | Phase 5 guitar |
| 101 | 1 | Black star amp |
| 102 | 1 | Summit TLA 100 |
| 103 | 1 | Prs custom 22 purple |
| 104 | 1 | Reverend baritone Joe Naylor 1/2 |
| 105 | 1 | 3 monkeys Orangutan |
| 106 | 1 | Vox AC 30 |
| 107 | 1 | Prs Archon |
| 108 | 1 | PMC Is1 |
| 109 | 1 | PMC stands |
| 110 | 1 | Bryston PMC Power amp |
| 111 | 1 | Mesa Boogie Triple rec |
| 112 | 1 | Train wreck original |
| 113 | 1 | 1970 ampeg svt |
| 114 | 1 | 5150 |
| 115 | 1 | 5150 iii |
| 116 | 1 | Diamond phantom |
| 117 | 1 | Orange At 30 |
| 118 | 1 | Engl powerball |
| 119 | 1 | API The Box |
| 120 | 1 | Marshall Plexi |

# Contents Addendum: #8074967973



| Item # | Qty | Description |
|---|---|---|
| 121 | 1 | Fender Super Sonic with Cab |
| 122 | 1 | Silver tone with Cab |
| 123 | 1 | Friedman HBE |
| 124 | 1 | 1968 Fender bassman |

| Item # | Qty | Description |
|---|---|---|
| 125 | 1 | Marshall Jcm 800 |
| 126 | 1 | Gibson Les Paul Trad honey burst |
| 127 | 1 | Fender Tele |

# Contents Addendum: #8074967973 

<u>Section 2 - List Only</u>

**Consoles**
| | |
|---|---|
| 1 | Solid State Logic SSL 4072 with Ultimation |
| 1 | Neve Neve 8068 32 ch desk |
| 1 | Amek Media 51 Neve |

**Recorders & Converters**
| | | |
|---|---|---|
| 6 | EMM LAB | EMM Lab 8 channel A/D converter |
| 6 | Emm Lab 8 channel D/A converter | |
| 1 | Merging Merging Technologies Mastering system | |
| 2 | Genex Audio 48 tk Recorder | |
| 2 | Genex Audio Autolocator / Channel remote | |
| 2 | Genex Audio Stage Boxes | |
| 2 | Genex Audio Mix engines | |
| 2 | Studer | Studer A827-24-2" |
| 1 | Studer | Studer A827 2-1" |
| 1 | Studer | Studer A820 -2-1/2" |
| 1 | Digidesigns | 48 channel HD protools System |
| 1 | Digidesigns | 48 channel HD protools System |
| 1 | Digidesigns | 48 channel HD protools System |

**Monitors & Amplifiers**
| | |
|---|---|
| 1 | Bryston Power amps for custom speakers |
| 1 | Tannoy Berkeley 15" Dual Concentric Speakers |
| 1 | Bryston Power amp for Tannoy Studio Speaker |
| 1 | PMC Near field Speakers |
| 1 | Bryston Power amp for PMC Near field Speakers |
| 2 | Yamaha NS10 |

**Microphones**
| | |
|---|---|
| 176 | Assorted Microphones |

**Headphones**
| | |
|---|---|
| 51 | Assorted Headphones |

**Patch Cables**
| | |
|---|---|
| 363 | Mogami TT Patch Cables |

# Contents Addendum: #8074967973 

**Outdoor/Concert Gear**

| | |
|---|---|
| 5 | 67c STEREO COMP |
| 1 | EMI RS124 ORIGINAL |
| 6 | EMI R61 Compressor |
| 1 | API 2500 Compressor |
| 1 | Chandler Limited TG1 Abbey Road Compressor |
| 2 | Empirical Labs EL8 Distressor Compressor |
| 1 | Empirical Labs EL7 Fatso Jr Compressor |
| 1 | Manley EL-OP Compressor |
| 1 | Smart C1 Compressor |
| 1 | Teletronix LA-2A Compressor |
| 1 | Tube Tech CL1B Compressor |
| 10 | Urei 1176LN Compressor |
| 10 | Urei 1178 Compressors |
| 1 | SSL FXG384 Compressor |
| 1 | Chandler Germanium Mic Pre |
| 1 | Telefunken V76s Mic pre |
| 1 | GML 8200 EQ |
| 1 | AMS RMX 16 |
| 1 | Lexicon 480L |
| 3 | EMT 240 Stereo Plates with remotes |
| 1 | T.C. Electronics M6000 |
| 1 | LA5 Compressor |
| 1 | ADL 1500 Stereo Tube Comp/Limiter |
| 1 | Compex F-760-N Compressor/Limiter |
| 1 | Altec Lansing 1612a Limiter Amplifier |
| 1 | API 2520 Op Amp |
| 1 | AD2044 Stereo Compressor |
| 1 | Chandler Germanium Compressor |
| 1 | Chandler TG1 Stereo Limiter |
| 1 | Chandler Zener Limiter |
| 1 | Cranesong STC-8 Stereo Compressor |
| 1 | D.W. Fearn VT-7 Stereo Compressor |
| 1 | DBX 160 VU |
| 1 | DBX 165 A |
| 1 | DBX 226XL |
| 1 | DBX FS900 |
| 1 | Focusrite Red 3 |
| 1 | Atomic Squeeze Box |
| 10 | Neve 1081 Mic Pre |
| 12 | Neve 1073 Mic Pre |
| 10 | ELX8 Distressor |
| 12 | Neve 1084 |
| 1 | Kepex |
| 1 | Thermionic Culture early bird 4 |
| 1 | Thermionic Culture Fat Buster |

# Contents Addendum: #8074967973



**Instruments**
| | |
|---|---|
| 1 | Guitar Amp |
| 1 | Matchless DC30 1993 |
| 1 | 1957 Gibson LesPaul |
| 1 | 1958 Gibson LesPaul Vurst |
| 1 | Sheyenne Gui |
| 4 | Knaggs Kenai |
| 1 | 1961 Gibson SG |
| 1 | Stratt |
| 3 | Ernie Ball Stingray Bass |
| 2 | PRS Hollow Body Guitar |
| 2 | Prs DTG Guitar |
| 1 | Fender P bass |
| 1 | Hollow Body Bass |
| 2 | PRS SC58 |
| 1 | Sugar Drum Kit |
| 3 | DW Drumm Kit |
| 1 | Cymbals and Harware |
| 1 | H & K Triamp |
| 1 | 40th Aniversity fender twin |
| 2 | Djezel Herbert amp |
| 2 | Bogner XTC |
| 2 | Bogner Uber schall |
| 2 | Marshall Plexi |
| 2 | Fender Super Sonic with Cap |
| 2 | Freedman HBE |
| 1 | 1968 Fender Bassman |
| 1 | Marshall JCM800 |
| 2 | Dumble ODS |
| 2 | Dumble OTS |
| 3 | Monkeys Orangutan |
| 2 | Vox AC30 |
| 1 | Train Wreck |
| 1 | 1970 Ampeg SVT |
| 1 | 5150-3 |
| 1 | Orange AT30 |
| 1 | Diamond Phatom |
| 1 | ENGL Power Ball |
| 1 | Crush Acrylic drum kit with trigger |
| 4 | PRS Custom 22 |
| 1 | Reverend guitar |
| 2 | Moog Keyboard |
| 1 | Bany Grand |
| 1 | Mini Moog |
| 1 | Black and Gold Key Board |
| 1 | Misc tech room |

*****ENDS*****

## Withdrawals and other subtractions - continued

Other subtractions - continued

| Date | Description | Amount |
|---|---|---|



| 12/10/14 | WIRE TYPE:WIRE OUT DATE:121210 TIME:1008 ET TRN:2014121000521462 SERVICE REF:009028 BNF:NY LIQ BUR ID:6095263247 BNF BK:WELLS FARGO BANK ID:085630445 PMT DET:18965224 SPECIAL SALE | -2,150,000.00 |



**Total other subtractions**                                                                                                   **-$2,176,682.82**

