

E-Receipt

To: CHRISTOPHER BROWN

STATE OF OREGON
SALEM WAREHOUSE FACILITY
1655 SALEM IND DRIVE NE
SALEM, OR 97301

TERMINAL ID.:

VISA                                75374684
************0726 EXP:**/**
SALE                                    KEYED
BATCH: 058251
Sep 30, 13         INV: 000005
RRN: 309415802516                    14:45
TRAN SEQ #: 003927 AUTH: 366617
TRANSACTION ID.: 089804542392459
APPROVAL 366617

TOTAL                         $800,000.00

CHRISTOPHER BROWN

CUSTOMER COPY

# EXCESS PROPERTY SALE R

02-DR-2013-900270.00

The following RECEIPT was FILED on 9/30/2013

Receipt Date: 9/30/2013 2:51:04 PM

Salem Warehouse Facility
State and Federal Surplus Property
1655 Salem Industrial Drive NE
Salem, OR 97301

NON-TENDER/NON-AUCTION

| CHRISTOPHER BROWN | : | |
| Buyer | : | |
| | : | 02-DR-2013-900270.00 |
| STATE OF OREGON | : | |
| Seller | : | FEE OF $800,000.00    PAID IN FULL |

02-DR-2013-900270.00
Entire Lot - Items as per Inventory 02-DR-2013-900270.01A

Page 1 of 1

EXHIBIT
C

# EXCESS PROPERTY INVENTORY

02-DR-2013-000270.01A

| | Ref | Qty | Manufacturer | Description | CBX |
|---|---|---|---|---|---|
| DM | 211B | 1 | ADK | AREA 51 COMMEMORATIVE | |
| DM | 212B | 1 | ADK | HAMBURG EDITION | |
| JF | 213B | 1 | AEA | R88 | |
| JF | 217C | 1 | AKG | C414XLIIST | |
| JF | 219B | 2 | AKG | C 414 EB | |
| JF | 228C | 2 | AKG | C12 A | |
| JF | 229C | 2 | AKG | C24 | |
| JF | 232C | 1 | AKG | C60 | |
| JF | 233C | 2 | AKG | C61 | |
| DM | 238B | 3 | AKG | D19 | |
| DM | 242B | 2 | AKG | D409 | |
| DM | 215B | 1 | AKG | 480 | |
| DM | 416B | 1 | AKG | C 412 | |
| DM | 219C | 2 | AKG | C 414 EB | |
| DM | 221B | 6 | AKG | C 451 E | |
| DM | 222B | 4 | AKG | C 451 EB | |
| DM | 227B | 7 | AKG | C12 | |
| DM | 228B | 2 | AKG | C12 A | |
| DM | 229B | 3 | AKG | C24 | |
| DM | 230B | 1 | AKG | C28 | |
| DM | 233B | 2 | AKG | C61 | |
| DM | 234B | 1 | AKG | DRUMPACKPREMIUM | |
| DM | 236B | 1 | AKG | D12E | |
| DM | 237B | 1 | AKG | D17 | |
| DM | 244C | 1 | ALTEC | BIRDCAGE | |
| DM | 1201 | 2 | APPLE | MAC COMPUTER WITH SOFTWARE | |
| JF | 1202 | 2 | APPLE | MAC COMPUTER WITH SOFTWARE | |
| JF | 249 | 1 | AUDIO TECHNICA | AT5300 | |
| DM | 250C | 2 | AUDIO TECHNICA | AT4033 | |
| JF | 252A | 1 | AUDIO TECHNICA | AT4047 MP | |
| JF | 254B | 1 | AUDIO TECHNICA | AT4050 CM5 | |
| JF | 255C | 1 | AUDIO TECHNICA | AT4060 | |
| JF | 256B | 1 | AUDIO TECHNICA | AT5400 | |
| JF | 257B | 1 | AUDIO TECHNICA | AT8560 | |
| JF | 259B | 3 | AUDIO TECHNICA | ATM25 | |
| JF | 260B | 1 | AUDIO TECHNICA | PRO 37R | |
| JF | 253B | 1 | AUDIO TECHNICA | AT4050 | |
| DM | 251B | 1 | AUDIO TECHNICA | AT4033A | |
| DM | 254A | 1 | AUDIO TECHNICA | AT4050 CM5 | |
| DM | 255B | 1 | AUDIO TECHNICA | AT4060 | |

# EXCESS PROPERTY INVENTORY

02-DR-2013-900270.01A

| | Ref | Qty | Manufacturer | Description | CBX |
|---|---|---|---|---|---|
| DM | 258B | 2 | AUDIO TECHNICA | ATM23 HE | |
| DM | 259A | 3 | AUDIO TECHNICA | ATM25 | |
| DM | 260A | 1 | AUDIO TECHNICA | PRO 37R | |
| JF | 1007 | 1 | B&W | PAIR CUSTOM MONITORS | |
| JF | 262B | 1 | BEYER DYNAMIC | M160 | |
| JF | 265B | 1 | BEYER DYNAMIC | M260N | |
| DM | 266A | 1 | BEYER DYNAMIC | M88TG | |
| DM | 264B | 1 | BEYER DYNAMIC | M160N(C) | |
| JF | 269B | 1 | BRAUNER | VM1K HE | |
| JF | 270B | 1 | BRÜEL & KJAER | 4003 | |
| DM | 271A | 1 | BRÜEL & KJAER | 4006 | |
| JF | 273B | 1 | BRUEL & KJAER | 4011 | |
| DM | 274B | 3 | COLES | 4038 | |
| DM | 275B | 1 | CROWN | PZM-30GPB | |
| JF | 1008 | 1 | CUSTOM | PAIR CUSTOM MASTERING CONSOLE | |
| JF | 277B | 1 | EARTHWORKS | TC30K | |
| JF | 276A | 1 | EARTHWORKS | TC-40K | |
| DM | 277A | 2 | EARTHWORKS | TC30K | |
| JF | 278C | 2 | ELECTRO-VOICE | 664 | |
| JF | 279B | 1 | ELECTRO-VOICE | 666 | |
| JF | 283C | 1 | ELECTRO-VOICE | N/D 408 | |
| JF | 28A | 1 | ELECTRO-VOICE | N/D 408B | |
| DM | 279A | 1 | ELECTRO-VOICE | 666 | |
| DM | 283B | 2 | ELECTRO-VOICE | N/D 408 | |
| JF | 846C | 1 | FEARN | DW FEARN VT7 | |
| DM | 846B | 1 | FEARN | DW FEARN VT7 | |
| DM | 557 | 5 | FOSTEX | TH900 | |
| DM | 216 | 1 | HHB | HHB BURNIT CD-R | |
| | * | 1 | HHB | HHB BURNIT CD-R | |
| JF | 286 | 1 | HOLOPHONE | H2-PRO | |
| JF | 287C | 3 | KORBY | BLUE | |
| JF | 288B | 1 | KORBY | CONVERTIBLE | |
| JF | 289C | 3 | KORBY | FET | |
| JF | 290C | 3 | KORBY | RED | |
| DM | 287B | 3 | KORBY | BLUE | |
| DM | 289B | 3 | KORBY | FET | |
| DM | 290B | 3 | KORBY | RED | |
| JF | 291C | 1 | MANLEY LABS | GOLD REFERENCE | |
| JF | 292C | 1 | MANLEY LABS | REFERENCE CARDIOID | |
| DM | 291B | 1 | MANLEY LABS | GOLD REFERENCE | |

# EXCESS PROPERTY INVENTORY

02-DR-2013-000270-01A

| | Ref | Qty | Manufacturer | Description | CBX |
|---|---|---|---|---|---|
| JF | 1003 | 1 | MASELEC | MASELEC MTC-1X | |
| JF | 294C | 1 | MELODIUM | 42 B | |
| DM | 294B | 1 | MELODIUM | 42 B | |
| JF | 1006 | 1 | MERGING | MERGING MASTERING SYSTEM &SOFTWARE | |
| JF | 295B | 1 | MILAB | DC-96B | |
| DM | 295A | 1 | MILAB | DC-96B | |
| CP | 329 | 1 | NEUMANN | U47 MIC /PSU 2869 | |
| JF | 342A | 2 | NEUMANN | U48 | |
| JF | 341C | 2 | NEUMANN | U47 FET i | |
| JF | 297C | 2 | NEUMANN | 582 | |
| JF | 299A | 2 | NEUMANN | 582 - OMNI | |
| JF | 302 | 1 | NEUMANN | KM 86 | |
| JF | 303C | 1 | NEUMANN | KM130 (KM100 /30 CAPSULE) | |
| JF | 304C | 1 | NEUMANN | KM 140 (KM100 40 CAPSULE) | |
| JF | 305B | 1 | NEUMANN | KM253 | |
| JF | 307A | 2 | NEUMANN | KM84 | |
| JF | 308C | 2 | NEUMANN | KM84 | |
| JF | 310B | 1 | NEUMANN | KM85 | |
| JF | 312B | 1 | NEUMANN | KVF 118-KA | |
| JF | 313C | 1 | NEUMANN | M 582 H | |
| JF | 315B | 1 | NEUMANN | M149 | |
| JF | 316C | 3 | NEUMANN | M269 | |
| JF | 317C | 2 | NEUMANN | M49 | |
| JF | 318C | 1 | NEUMANN | M49 B | |
| JF | 319B | 1 | NEUMANN | M50 | |
| JF | 320C | 1 | NEUMANN | M50 A | |
| JF | 321B | 1 | NEUMANN | M7 | |
| JF | 323C | 1 | NEUMANN | SM9 | |
| JF | 326B | 1 | NEUMANN | N149V | |
| JF | 330 | 1 | NEUMANN | SM69 | |
| JF | 332 | 1 | NEUMANN | BM2 | |
| JF | 334C | 1 | NEUMANN | SM69 | |
| JF | 338C | 1 | NEUMANN | TLM170R | |
| JF | 339C | 6 | NEUMANN | U47 | |
| JF | 340C | 1 | NEUMANN | U47 CHURCH | |
| JF | 342C | 1 | NEUMANN | U48 | |
| JF | 343C | 2 | NEUMANN | U84 | |
| JF | 344C | 6 | NEUMANN | U67 | |
| JF | 347B | 3 | NEUMANN | U87 | |
| JF | 348B | 1 | NEUMANN | U87 AL | |

# EXCESS PROPERTY INVENTORY

02-DR-2013-900270.01A

| | Ref | Qty | Manufacturer | Description | CBX |
|---|---|---|---|---|---|
| JF | 349A | 2 | NEUMANN | U87 NI | |
| JF | 351B | 1 | NEUMANN | UM57 | |
| C | 345 | 1 | NEUMANN | U67 #1 | |
| C | 346 | 1 | NEUMANN | U67 #2 | |
| C | 333 | 1 | NEUMANN | SM23 | |
| C | 334A | 1 | NEUMANN | SM69 | |
| C | 335A | 1 | NEUMANN | SM69 FET | |
| C | 336 | 1 | NEUMANN | SM690 | |
| C | 340A | 1 | NEUMANN | U47 CHURCH | |
| C | 340B | 1 | NEUMANN | U47 CHURCH | |
| DM | 299C | 1 | NEUMANN | 582 - OMNI | |
| DM | 301B | 1 | NEUMANN | MV563 | |
| DM | 303B | 1 | NEUMANN | KM130 (KM100 /30 CAPSULE) | |
| DM | 304B | 1 | NEUMANN | KM140 (KM100 40 CAPSULE) | |
| DM | 305C | 1 | NEUMANN | KM253 | |
| DM | 306C | 1 | NEUMANN | KM254 | |
| DM | 307C | 2 | NEUMANN | KM84 | |
| DM | 308B | 2 | NEUMANN | KM84 | |
| DM | 309B | 1 | NEUMANN | KM84i | |
| DM | 310C | 1 | NEUMANN | KM85i | |
| DM | 311B | 1 | NEUMANN | KM88i | |
| DM | 312A | 2 | NEUMANN | KVF 118-KA | |
| DM | 313B | 1 | NEUMANN | M 582 H | |
| DM | 316B | 3 | NEUMANN | M269 | |
| DM | 317B | 3 | NEUMANN | M49 | |
| DM | 318B | 2 | NEUMANN | M49 B | |
| DM | 320B | 2 | NEUMANN | M50 A | |
| DM | 321B | 1 | NEUMANN | M59 | |
| DM | 323B | 1 | NEUMANN | MM3 | |
| DM | 324B | 1 | NEUMANN | MM5 | |
| DM | 334B | 1 | NEUMANN | SM69 | |
| DM | 335B | 1 | NEUMANN | SM69 FET | |
| DM | 337 | 1 | NEUMANN | TLM 170 | |
| DM | 338B | 1 | NEUMANN | TLM170R | |
| DM | 339B | 6 | NEUMANN | U47 | |
| DM | 341B | 2 | NEUMANN | U47 FET i | |
| DM | 342B | 1 | NEUMANN | U48 | |
| DM | 343B | 2 | NEUMANN | U84 | |
| DM | 344B | 6 | NEUMANN | U67 | |
| DM | 347C | 3 | NEUMANN | U87 | |

# EXCESS PROPERTY INVENTORY

02-DR-2013-900270.01A

| | Ref | Qty | Manufacturer | Description | CBX |
|---|---|---|---|---|---|
| DM | 348C | 1 | NEUMANN | U87 AL | |
| DM | 349C | 1 | NEUMANN | U87 NI | |
| C | 338 A | 2 | NEUMANN | TLM17OR | |
| C | 339A | 6 | NEUMANN | U47 | |
| C | 325 | 1 | NEUMANN | MTX 191A | |
| C | 326A | 1 | NEUMANN | N149V | |
| C | 347A | 3 | NEUMANN | U87 | |
| C | 349 B | 1 | NEUMANN | U87 NI | |
| C | 350 | 1 | NEUMANN | U87 | |
| JF | 357B | 1 | NEUMANN | UM57 | |
| JF | 352 C | 2 | NEUMANN / GEFELL | 582 | |
| C | 352A | 3 | NEUMANN / GEFELL | 582 | |
| DM | 297B | 2 | NEUMANN / GEFELL | 582 | |
| DM | 298B | 1 | NEUMANN / GEFELL | 582 - CARD | |
| C | 355 | 1 | NEUMANN / GEFELL | CMV5 | |
| DM | 356B | 2 | NEUMANN / GEFELL | CMV563 | |
| JF | 359B | 1 | NEUMANN / TELEFUNKEN | KM 254 | |
| DM | 354 | 1 | NEUMANN GEFELL | CMV569 | |
| DM | 357A | 1 | NEUMANN GEFELL | UM57 | |
| JF | 356C | 1 | NEUMANN GEFELL | CMV 563 | |
| DM | 845B | 1 | NEVE | NEVE BCM10 | |
| DM | 849B | 1 | NEVE | NEVE 8051 SURROUND SOUND | |
| DM | 363 | 1 | PEAVEY | PVM T9000 | |
| C | 364 | 1 | PHILLIPS SCHOEPS | EL6051100 | |
| JF | 183 | 2 | PMC | PMC MAINS STAND | |
| JF | 1005 | 1 | PMC | PAIR PMC MASTERING MONITORS | |
| JF | 182 | 2 | PMC | PMC NEAR FIELD MAINS 8B5 XBD | |
| C | 375B | 1 | RCA | | |
| C | 376 | 1 | RCA | 77-A | |
| C | 385A | 1 | RCA | PHOTOPHONE TYPE PB-31 | |
| C | 375A | 1 | RCA | 77 | |
| C | 379 C | 1 | RCA | 77-DX | |
| C | 385b | 1 | RCA | PHOTOPHONE TYPE PB-31 | |
| DM | 368B | 2 | RCA | 44 | |
| DM | 374B | 1 | RCA | 74 JR VELOCITY | |
| DM | 375C | 1 | RCA | 77 | |
| DM | 379B | 1 | RCA | 77-DX | |
| JF | 388C | 2 | ROYER | R-121 | |
| JF | 389C | 3 | ROYER | R-122 | |
| JF | 391B | 1 | ROYER | SF-12 STEREO | |

# EXCESS PROPERTY INVENTORY

02-DR-2013-900270.01A

| | Ref | Qty | Manufacturer | Description | CBX |
|---|---|---|---|---|---|
| JF | 393B | 1 | ROYER | SF-24 | |
| DM | 392B | 1 | ROYER | SF-1A | |
| C | 393A | 1 | ROYER | SF-24 | |
| C | 369A | 2 | ROYER | R-122 | |
| C | 39A | 1 | SCHOEPS | CM51/N9 | |
| JF | 399C | 6 | SENNHEISER | MD421 | |
| DM | 396B | 1 | SENNHEISER | E609 | |
| DM | 357B | 1 | SENNHEISER | E835 | |
| DM | 401A | 5 | SENNHEISER | MD441 U | |
| C | 404 | 1 | SHURE | KSM137 | |
| JF | 408C | 1 | SHURE | SM81 | |
| DM | 408B | 1 | SHURE | SM81 | |
| DM | 410B | 1 | SHURE | SM98 | |
| DM | 412 | 1 | SHURE | UNIDYNE | |
| DM | 852B | 2 | SONTEC | SONTEC EQ | |
| JF | 416B | 2 | SONY | C-800G | |
| JF | 418C | 1 | SONY | C37A | |
| DM | 418B | 1 | SONY | C37A | |
| C | 419 | 1 | SOUNDELUX | 251 | |
| JF | 272B | 1 | SOUNDPURE | 4007 | |
| JF | 1002 | 1 | SPL | SPL STEREO VITALIZER MK2-T | |
| JF | 422A | 1 | TELEFUNKEN | CM 51 | |
| JF | A25C | 5 | TELEFUNKEN | ORIGINAL U47 | |
| C | 7A21 | 1 | TELEFUNKEN | BOTTLE MIC | |
| C | 422B | 1 | TELEFUNKEN | CM 51 | |
| DM | 425B | 5 | TELEFUNKEN | ORIGINAL U47 | |
| DM | 847B | 2 | TUBE TECH | TUBE TECH EQ 1 | |
| JF | 847C | 2 | TUBE TECH | TUBE TECH EQ 1 | |
| JF | 848C | 2 | WEISS | WEISS EQ1 DYN | |
| DM | 848B | 2 | WEISS | WEISS EQ1 DYN | |