# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| HANOVER AMERICAN INSURANCE COMPANY, | ) ) ) ) |
| Plaintiff/Counter-Defendant, | ) ) |
| v. | ) ) ) |
| TATTOOED MILLIONAIRE ENTERTAINMENT, LLC, CHRISTOPHER C. BROWN, DANIEL R. MOTT, and JOHN FALLS | ) ) ) ) ) |
| Defendants/Counter-Plaintiffs. | ) |

CIVIL ACTION NO. 2:16-cv-2817

JUDGE JON PHIPPS MCCALLA

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court for a trial by jury. The issues have been tried and the jury duly rendered its verdict on November 20, 2018. (ECF No. 312.)

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the jury verdict;

A Judgment is entered against Christopher C. Brown and for Hanover American Insurance Company in the amount of $2,208,898.49

A Judgment is entered against Daniel R. Mott and for Hanover American Insurance Company in the amount of $250,000

A Judgment is entered against Hanover American Insurance Company and for John Falls in the amount of $250,000 for Business Income coverage and $2,500,000 for Business Personal Property coverage for a total of $2,750,000.

**APPROVED:**

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

November 20, 2018
Date