UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

HANOVER AMERICAN INSURANCE
COMPANY,

    Plaintiff/Counter-Defendant,

v.                                                                      Docket No. 2:16-cv-02817-JPM-tmp

TATTOOED MILLIONAIRE
ENTERTAINMENT, LLC,
CHRISTOPHER C. BROWN, DANIEL
R. MOTT, JOHN FALLS, and THE
GOODMAN-GABLE-GOULD
COMPANY d/b/a GOODMAN-
GABLE–GOULD/ADJUSTERS
INTERNATIONAL,

    Defendants/Counter-Plaintiffs.

---

## JOHN FALLS' UNOPPOSED MOTION TO TRANSFER
---

John Falls submits this unopposed motion to transfer this lawsuit ("*Hanover I*") to Judge Mark S. Norris. *Hanover I* is related to the separate case *Hanover American Insurance Company v. Tattooed Millionaire Entertainment, LLC, ("Hanover II")*, No. 2:20-cv-02834-MSN-cgc, that is currently pending on appeal before the Sixth Circuit. On August 20, 2025, *Hanover II* was transferred to Judge Norris. *See* "Order of Return for Reassignment," Dkt. Ent. 172 in *Hanover II*; Reassignment, Dkt. Ent. 173 in *Hanover II*. Although *Hanover I* is closed, it is related to *Hanover II*. In case any additional filings or orders are required for *Hanover I*, Falls respectfully requests that *Hanover I* also be transferred to Judge Mark S. Norris. I have conferred with opposing counsel, and there is no objection to this motion.

WHEREFORE, PREMISES CONSIDERED, John Falls respectfully requests that this matter be transferred to Judge Mark S. Norris.

Respectfully submitted,

s/Malcolm B. Futhey III
Malcolm B. Futhey III (TN 024432)
THE FUTHEY LAW FIRM PLC
1440 Poplar Avenue
Memphis, Tennessee 38104
901-725-7525
901-288-7117(c)
malcolm@futheylawfirm.com

Certificate of Consultation

I hereby certify that I have consulted with John Christopher (counsel for Brown), Charles Waldman (counsel for TME), and Jeremy Grabill (counsel for Hanover) via email on August 22 and 24, 2025, and with Jeremy Grabill via telephone on August 25, 2025, and counsel do not object to the request to transfer.

/s/Malcolm B. Futhey III

Certificate of Service

      I hereby certify that a copy of the foregoing has been sent this 25th day of August 2025 via this Court's ECF filing system, to the following:

| | |
|---|---|
| John E. Anderson, Sr., Esq.<br>Dickinson Wright PLLC<br>424 Church Street, Suite 1401<br>Nashville, Tennessee 37219<br>615-244-6538<br>615-256-8386 (facsimile)<br>janderson@dickinsonwright.com<br>*Counsel for Hanover* | Charles E. Waldman, Esq.<br>Donnie Snow, Esq.<br>440 North Front Street, Suite 205<br>Memphis, Tennessee 38105<br>901-521-9956<br>901-521-9965 (facsimile)<br>cwesq@aol.com<br>Counsel for TME |
| Mark C. Dodart, Esq.<br>Pablo Gonzalez, Esq.<br>Jeremy Grabill, Esq.<br>Jeffrey Clayman, Esq.<br>Stuart Richeson, Esq.<br>Phelps Dunbar LLP<br>Canal Place<br>365 Canal Street, Suite 2000<br>New Orleans, Louisiana 70130-6534<br>504-566-1311<br>504-568-9130 (facsimile)<br>*Counsel for Hanover* | John Christopher, Esq.<br>460 Briarwood Drive, No. 400<br>Jackson, Mississippi 39206<br>601-898-3303<br>601-259-5287<br>johnchristopherlaw@gmail.com<br>Counsel for Christopher Brown<br><br>Daniel Mott<br>23 Duke Road<br>Humboldt, Tennessee 38343 |

                                                /s/Malcolm B. Futhey III