Case: **2:16−cv−02817**
Assigned To : **Norris, Mark S.**
Referral Judge: **Pham, Tu M.**
Assign. Date : **8/26/2025**
Description: **Hanover American Insurance Company v. Tattooed Millionaire Entertainment, LLC et al**